United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2565
_____

James H. Cody,                          *
                                        *
            Appellant,                  *
                                        *
      v.                                *
                                        *   Appeal from the United States
Hillary B. Zimmerman; McPherson         *   District Court for the
Land, L.P.; Gerard T. Carmody;          *   Eastern District of Missouri.
Matthew D. Richardson; Missouri Title   *
Guaranty Company,                       *         [UNPUBLISHED]
                                        *
            Appellees.                  *
                                      _____

Submitted:  December 3, 1997
    Filed:  December 16, 1997
                                      _____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.
                                      _____

PER CURIAM.

      James H. Cody appeals from the order of the District Court[1] dismissing his
complaint without prejudice for failing to state a claim.  After carefully reviewing the

---

[1]The Honorable Thomas C. Mummert III, United States Magistrate Judge for the
Eastern District of Missouri, to whom the case was referred for final disposition by
consent of the parties pursuant to 28 U.S.C. § 636(c) (1994).

record and the parties' briefs, we affirm the District Court's judgment.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.